McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FAN JIANG, | ) | CV 06-F-0369 OWW LJO |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **JOINT STIPULATION REGARDING MOTIONS** |
| DAVID N. STILL, | ) | **FOR SUMMARY JUDGMENT AND ORDER** |
| District Director, US Citizenship & Immigration Services | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

     This is an immigration case in which plaintiff seeks a determination of eligibility to adjust status to that of lawful permanent resident. Defendants are unable to comply with the current briefing deadline due to the unavailability of agency counsel. Accordingly, the parties agree to the following modifications of the briefing schedule:

Date for filing of cross-motions for summary judgment: November 4, 2006

Date for filing of response to motions for summary judgment: November 20, 2006

Hearing date: December 11, 2006 (no change).

Dated: October 18, 2006					Respectfully Submitted,

							McGREGOR W. SCOTT
							United States Attorney


					By:	/s/Audrey Hemesath
							Audrey B. Hemesath
							Assistant U.S. Attorney
							Attorneys for the Defendants

							/s/ Stuary I. Folinsky
							Stuart I. Folinsky
							Attorney for Plaintiffs


ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the cross-motions for summary judgment are due on November 4, 2006, and replies are due on November 20, 2006.


IT IS SO ORDERED.

**Dated:   October 19, 2006**			         **/s/ Oliver W. Wanger**
emm0d6						UNITED STATES DISTRICT JUDGE