McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Respondents

# IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAN JIANG, | CV 06-F-0369 OWW LJO |
|     Plaintiff, | |
| v. | **MOTION FOR ONE DAY EXTENSION** |
| DAVID N. STILL, | **OF TIME IN WHICH TO** |
|     District Director, US Citizenship & | **FILE DEFENDANT'S MOTION** |
|     Immigration Services | **FOR SUMMARY JUDGMENT AND ORDER** |
|     Defendant. | |

      This is an immigration case in which the parties had previously stipulated to a briefing schedule in which the parties' cross motions for summary judgment would be filed on November 6, 2006. Counsel for the government learned only today, November 6, 2006, that the agency point of contact for Citizenship and Immigration Services was called for jury duty today and was unavailable to give final approval to the government's motion. The undersigned is not authorized to file the government's motion without agency approval. Accordingly, the government respectfully requests a one day extension of time in which to file the government's motion, until November 7,

2006.  The undersigned attempted to contact counsel for the plaintiff regarding this motion but was unable to reach him.  The government does not propose further modification to the briefing schedule, but does not oppose such modification if opposing counsel so desires.  The government apologizes for the delays in briefing this case and does not expect any further modifications to the briefing schedule.

Dated: November 6, 2006 					Respectfully Submitted,

							McGREGOR W. SCOTT
							United States Attorney


					By:	/s/Audrey Hemesath
						Audrey B. Hemesath
						Assistant U.S. Attorney
						Attorneys for the Respondents




ORDER

Pursuant to this Motion for Extension of Time and for the reasons stated therein, IT IS HEREBY ORDERED that the respondent's Motion for Summary Judgment is due on November 7, 2006.


IT IS SO ORDERED.

**Dated:    November 7, 2006**			      /s/ Oliver W. Wanger
emm0d6						UNITED STATES DISTRICT JUDGE