STUART I. FOLINSKY (CA Bar #65814)
6255 Sunset Blvd. #915
Los Angeles, CA 90028

Telephone (213) 386 8540
Facsimile (323) 856 5808
e-mail:  FolinskyInLA@sbcglobal.net

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Fan JIANG,<br><br>        Plaintiff,<br><br>    vs.<br><br>David N. STILL, District Director, US Citizenship & Immigration Services<br><br>        Defendant. | Case No.: 06-CV-00369-OWW-LJO<br><br>JOINT STIPULATION REGARDING MOTIONS FOR SUMMARY JUDGMENT AND ORDER<br><br>Agency File # 96 648 290 |

　　　This is an immigration case in which plaintiff seeks a determination of eligiblity to adjust status to that of lawful permanent resident.

　　　Plaintiff's attorney became ill with the flu and was unable to complete the motion in a timely fashion.  Upon discussion, the parties stipulate to the following modification to the briefing schedule:

　　　Date for filing of cross-motions for summary judgment:  November 9, 2006.

Stipulation & [Proposed Order] - 1

PDF created with pdfFactory trial version www.pdffactory.com

1  Date for filing of responses to motions to summary judgment:
2  November 20, 2006 (no change).
3  Hearing Date:  December 11, 2006 (no change).

Dated:  November 13, 2006

/s/ Stuart Folinsky

STUART I. FOLINSKY (CA Bar #65814)
Attorney For Plaintiff

Dated:  November 13, 2006

McGREGOR W. SCOTT
United States Attorney
By:

/s/ Audrey B. Hemesath

Audrey B. Hemesath
Assistant U.S. Attorney
Attorney For Defendant

Stipulation & [Proposed Order] - 2

PDF created with pdfFactory trial version www.pdffactory.com

<u>ORDER</u>

Pursuant to the Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the cross-motions for summary judgment are due on November 9, 2006 and replies remain due on November 20, 2006.

IT IS SO ORDERED.

DATED:   November 14, 2006                    /s/ OLIVER W. WANGER
                                              United States District Judge

PDF created with pdfFactory trial version www.pdffactory.com